SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**ELIZA CARMEN RODRIGUEZ, NYSB #5645379**
Assistant United States Attorney
Eliza.Carmen.Rodriguez@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone: 503-727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:25-cr-00450-IM** |
| **v.** | **BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY** |
| **GOULING ZHOU,** | |
| **Defendant.** | |

The United States of America hereby files the following Bill of Particulars for Forfeiture of Property.

The United States gives notice that in the forfeiture allegations of the Indictment, the United States is seeking forfeiture of the following property:

One shoulder bag with gold in color hardware and ribbon inside inner pocket that says Louis Vuitton;

One handbag with magnetic clasp and wallet set and stored in orange box that says Louis Vuitton;

Assorted jewelry, including: watches, necklaces, pendants, earring, rings, and bracelets;

$3,170.00 U.S. currency;

$24,210.00 U.S. currency;

$20,000.00 U.S. currency;

$445.00 U.S. currency;

300 shares Tesla stock, from Charles Schwab Investment Account ending in XXXX-2955;

0.54986204 Bitcoin, from Coinbase Investment Account for the User ending in XXXXXXXXXXXXXXXXXXXXXF649;

Real property commonly referred to as 16449 SW Cambridge Lane, Durham, Oregon 97224; and

Real property commonly referred to as 281 Gandara Street, Las Vegas, Nevada 89138.

DATED: June 30, 2026.

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Eliza Carmen Rodriguez*
**ELIZA CARMEN RODRIGUEZ, NYSB #5645379**
Assistant United States Attorney